BALL EQUIPMENT Co., INC., Respondent, v. CARL J. BURCH, Appellant.

Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Moule, JJ.